UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LAWRENCE ABELA, #821969,

        Petitioner,         Case No. 15-cv-12633

v.         Honorable Thomas L. Ludington

DANIEL HEYNS,

        Respondent.

_____/

**ORDER GRANTING MOTION TO AMEND PETITION
FOR WRIT OF HABEAS CORPUS**

Petitioner Lawrence Abela filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. One month later, he moved to amend the petition. *See* Pet'r's Mot. Amend, ECF No. 5. Respondent did not file a response to Petitioner's motion.

Petitioner requests to amend his petition to add exhibits and arguments to the claims he raised in his initial filing. Respondent has not yet filed a response to the petition. Federal Rule of Civil Procedure 15 provides that the Court should freely allow a party to amend when justice so requires. Fed. R. Civ. P. 15(a)(2). Respondent will not be prejudiced by allowing Petitioner to amend his petition to include the additional arguments and exhibits set forth in his motion to amend.

Accordingly, it is **ORDERED** that Petitioner's motion to amend, ECF No. 5, is **GRANTED**. The amendments identified in Petitioner's motion are incorporated into his petition.

Dated: October 29, 2015         s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 29, 2015.

s/Johnetta Curry Williams<br>
JOHNETTA CURRY WILLIAMS<br>
Acting Case Manager